People v McAnuff (2020 NY Slip Op 51145(U))

[*1]

People v McAnuff (Michael)

2020 NY Slip Op 51145(U) [69 Misc 3d 129(A)]

Decided on October 2, 2020

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on October 2, 2020
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead, P.J., Cooper, Higgitt, JJ.

570466/10

The People of the State of New 
 York, Respondent,
against
Michael McAnuff, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx
County (Manuel J. Mendez, J.), rendered January 13, 2010, convicting him, upon a plea of guilty,
of criminal sale of marijuana in the fourth degree, and imposing sentence.

Per Curiam.
Judgment of conviction (Manuel J. Mendez, J.), rendered January 13, 2010, reversed, on the
law, and the accusatory instrument dismissed.
As the People concede, defendant's conviction must be vacated because the plea record lacks
the requisite "affirmative showing" that defendant understood and waived his Boykin
rights (see Boykin v Alabama, 395 US 238, 242 [1969]; People v Tyrell, 22
NY3d 359, 365 [2013]). 
Instead of reinstating the accusatory instrument, we dismiss it, as a matter of discretion in the
interest of justice, since defendant has completed his sentence and no penological purpose would
be served by remanding for further proceedings in this ten-year old case.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: October 2, 2020